**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 14-1729**

———————

SIRINA SUCKLAL,

        Debtor - Appellant,

    v.

GOLDMAN SACHS MORTGAGE COMPANY,

        Creditor – Appellee,

NANCY SPENCER GRIGSBY,

        Trustee.

———————

Appeal from the United States District Court for the District of Maryland, at Baltimore. J. Frederick Motz, Senior District Judge. (1:14-cv-00039-JFM)

———————

Submitted: November 25, 2014      Decided: December 4, 2014

———————

Before WILKINSON and SHEDD, Circuit Judges, and HAMILTON, Senior Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Sirina Sucklal, Appellant Pro Se. Gregory Christopher Mullen, MORRIS HARDWICK SCHNEIDER, LLC, Baltimore, Maryland, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Sirina Sucklal appeals from the district court's order dismissing as moot her appeal from the bankruptcy court's order lifting the automatic stay and allowing the sale of her real property. We have reviewed the record and find no error in the bankruptcy court's decision. See In re Frushour, 433 F.3d 393, 398 (4th Cir. 2005) (noting that, in an appeal from the district court sitting as an appellate court from a bankruptcy court, we "review directly the bankruptcy court's decision"). Accordingly, we affirm. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED